**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY<br><br>　　　　　　　　　Plaintiff,<br><br>-against-<br><br>UTICA FIRST INSURANCE COMPANY<br><br>　　　　　　　　　Defendant. | Case No. 1:22-cv-06611-FB-JRC<br><br>**THE CHARTER OAK FIRE INSURANCE COMPANY'S ANSWER TO UTICA FIRST INSURANCE COMPANY'S COUNTERCLAIM** |

Plaintiff, The Charter Oak Fire Insurance Company ("Charter Oak"), by and through its undersigned counsel, as and for its Answer and Affirmative Defenses in response to the First Counterclaim of Defendant Utica First Insurance Company ("Utica First"), alleges upon information and belief as follows:

**AS AND FOR A FIRST COUNTERCLAIM**

47. Charter Oak repeats and realleges the allegations set forth in paragraphs 1 – 19 of the Complaint.

48. Charter Oak is unable to admit or deny paragraph 48 as stated as it requests information and knowledge within Utica First's possession.

49. Charter Oak is unable to admit or deny paragraph 49 as stated as it requests information and knowledge within Utica First's possession.

50. Charter Oak is unable to admit or deny paragraph 50 as stated as it requests information and knowledge within Utica First's possession.

51. Without amending the Complaint, Charter Oak denies the allegations of paragraph 51.

52. Without amending the Complaint, Charter Oak denies the allegations of paragraph 52.

1

53. Charter Oak is unable to admit or deny paragraph 53 as stated as it requests information and knowledge within Utica First's possession.

54. Charter Oak is unable to admit or deny paragraph 54 as stated as it requests information and knowledge within Utica First's possession.

55. Without amending the Complaint, Charter Oak denies the allegations of paragraph 55.

56. Without amending the Complaint, Charter Oak denies the allegations of paragraph 56.

57. Without amending the Complaint, Charter Oak denies the allegations of paragraph 57.

58. Charter Oak admits there is a justiciable controversy with Utica First in this matter, as alleged in paragraph 8 of the Complaint.

59. Paragraph 59 requires a legal determination to which Charter Oak is unable to admit or deny.  To the extent a response is required and without amending the Complaint, Charter Oak denies the allegations of paragraph 59.

60. Without amending the Complaint, Charter Oak denies the allegations of paragraph 60.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Court should dismiss Utica First's Counterclaim because Utica First's allegations contained in the Counterclaim fail to state a cause of action or claim against Charter Oak upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Charter Oak incorporates by reference those claims and assertions in the Complaint as if set forth more fully herein.  For the reasons set forth in the Complaint, Utica First is not entitled to the relief that it seeks in the Counterclaim.

**THIRD AFFIRMATIVE DEFENSE**

The allegations within Utica First's Counterclaim fail to set forth its claims with sufficient particularity to enable Charter Oak to determine all applicable affirmative defenses. Charter Oak therefore reserves its right to assert any additional defenses that may be applicable, to withdraw any defenses that are found to be inapplicable, and to more specifically assert affirmative defenses once the precise nature of the claims are ascertained through discovery and further investigation.

WHEREFORE, Plaintiff The Charter Oak Fire Insurance Company prays that the Court:

a. Enter judgment in its favor, dismissing the Counterclaim;

b. Grants all of the relief sought in Plaintiff's Complaint; and

c. Grants such further relief as the Court may deem just.


Dated: New York, New York
       January 23, 2023

**RESPECTFULLY SUBMITTED:**

**USERY & ASSOCIATES**

By: ___/s/Michael E. Buckley_____
    Michael E. Buckley
    Attorneys for Plaintiffs
    The Charter Oak Fire Insurance Company
    Main: 917.778.6680
    Fax: 844.571-3789
    Email: mbuckle4@travelers.com

    Please address all correspondence sent by mail to:
    P.O. Box 2996
    Hartford, CT 06104-2996

    Physical Address:
    485 Lexington Avenue, 6th Floor
    New York, NY 10017